# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| AFFILIATED HEALTH GROUP, LTD., ) <br> AMERICAN HEALTH CENTER, LTD., ) <br> DIMENSIONS MEDICAL CENTER, LTD., ) <br> ACCESS HEALTH CENTER, LTD., ) <br> ACU HEALTH CENTER, LTD., ) <br> ADVANTAGE HEALTH CARE, LTD., ) <br> AANCHOR HEALTH CENTER, LTD., ) <br> FORESTVIEW MEDICAL CENTER, LTD., ) <br> MICHIGAN AVENUE CENTER FOR ) <br> HEALTH, LTD., ACE HEALTH CENTER ) <br> LTD., CENTER FOR FAMILY HEALTH ) <br> CARE, SC, VIJAY L. GOYAL, MD and ) <br> VINOD K. GOYAL, MD, ) <br>  ) <br>  Plaintiffs, ) <br> v. ) <br>  ) <br> CITIBANK, N.A., BANK OF AMERICA., ) <br> N.A., and PNC BANK, N.A., ) <br>  ) <br>  Defendants. ) | Case No. 15 C 6016 <br><br> Judge Joan H. Lefkow |

## ORDER

Plaintiff's motion for reconsideration of the court's dismissal with prejudice as to all defendants (dkt. 46) is denied. Judgment was entered in this case on April 27, 2016. The motion to reconsider, if treated as a motion to alter or amend a judgment, was filed on June 15, 2015. As such it is untimely filed. *See* Fed. R. Civ. P. 59(e). If treated as a motion for relief from judgment, plaintiff makes no showing justifying relief. *See* Fed. R. Civ. P. 60(e).

Date: June 29, 2016

_____
U.S. District Judge Joan H. Lefkow